■ NICOLA DE ROSA et al., Respondents, v LEO J. CHESTER et al., Appellants.—In a negligence action to recover damages for personal injuries, etc., defendants appeal from an order of the Supreme Court, Kings County, dated May 31, 1977, which granted plaintiff Nicola De Rosa's motion to increase the *ad damnum* clause as to his cause of action. Order affirmed, without costs or disbursements. In the absence of any showing of prejudice, either asserted or demonstrated, we find that the granting of this increase, sought at an early stage in the proceedings, was a proper exercise of discretion. Defendants' claim of laches is without foundation. Latham, J. P., Damiani, Titone and Suozzi, JJ., concur.

■ HECKLER ELECTRIC COMPANY, INC., Appellant, v BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.—In an action on submitted facts (CPLR 3222) to recover for extra work allegedly performed by plaintiff under a contract with defendant, plaintiff appeals from a judgment of the Supreme Court, Queens County, dated January 3, 1978, which was in favor of the defendant. Judgment affirmed, with $50 costs and disbursements, upon the opinion of Mr. Justice Hammer at Special Term. Shapiro, J. P., Cohalan, Hawkins and O'Connor, JJ., concur.